# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

15393192

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: 02/22/2023
STATE FILE NUMBER: 123-2023-004442

1. DECEDENT'S LEGAL NAME: EVAN DESHON WEST
2. GENDER: MALE
3a. HOUR OF DEATH: 16:25
3b. DATE OF DEATH: 02/15/2023
4. RACE: Black or African American
5a. AGE AT LAST BIRTHDAY: 44 Years
6. DATE OF BIRTH: 1978
7. BIRTH PLACE: MISSISSIPPI
8. PLACE OF DEATH: ER/Outrooms
9a. FACILITY NAME: BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE (44G)
9b. CITY: COLUMBUS
9c. ZIP: 39705
9d. COUNTY: LOWNDES
10. DECEDENT'S EDUCATION: High school graduate or GED completed
11. MARITAL STATUS: Never married
13. WAS DECEASED EVER IN U S ARMED FORCES? NO
14. HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
15. SOCIAL SECURITY NUMBER: ***-**-8865
16a. USUAL OCCUPATION: LABORER
16b. KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
17a. RESIDENCE - STATE: MISSISSIPPI
17b. COUNTY: OKTIBBEHA
17c. CITY OR TOWN: STARKVILLE
17d. ZIP: 39759
17e. STREET: 1016 OLD HWY 25 SOUTH
17f. INSIDE CITY LIMITS: NO
18. FATHER'S NAME: EVISH WEST
19. MOTHER'S NAME: SHIRLEY TRIMBLE
20a. INFORMANT - NAME: PANDORA R PRATER
20b. RELATIONSHIP: SISTER
20c. MAILING ADDRESS: 1016 OLD HWY 25 SOUTH, STARKVILLE, MS, 39759
21a. DISPOSITION OF BODY: BURIAL
21b. CEMETERY: BETHEL CEMETERY
21c. LOCATION: STARKVILLE, MS
21d. FUNERAL DIRECTOR: ELECTRONICALLY SIGNED BY VERNON WEST    FS-6517
22a. FUNERAL HOME: WEST MEMORIAL FUNERAL HOME (530)
22b. LICENSE NUMBER: FE 160
22d. MAILING ADDRESS: P. O. BOX 2362, STARKVILLE, MS 39759
23a. PERSON WHO PRONOUNCED DEATH: DR PATTI MANNING
23b. PRONOUNCED DEAD: 02/15/2023
23c. TIME: 16:25
24a. NAME OF CERTIFIER: GREG MERCHANT
24b. MAILING ADDRESS: P.O. BOX 2342, COLUMBUS, MS 39704
25b. SIGNATURE: ELECTRONICALLY SIGNED BY GREG MERCHANT, CMEI
25f. TITLE: LOWNDES COUNTY CORONER
25g. DATE SIGNED: 02/21/2023

26. CAUSE OF DEATH PART I:
  a. CARDIOPULMONARY ARREST — IMMD
  b. ACUTE MYOCARDIAL INFARCTION
  c. CHF

27. PART II. OTHER SIGNIFICANT CONDITIONS: PULMONARY HTN, HTN, CKD STAGE 3, MORBID OBESITY
28a. POSTMORTEM EXAMINATION? NO
28b. FINDINGS AVAILABLE? NO
29. REFERRED TO STATE MEDICAL EXAMINER? NO
30. DID TOBACCO USE CONTRIBUTE TO DEATH? No

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

3/1/2023

Judy Moulder
STATE REGISTRAR

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

**VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK